1 | Christopher G. Hook (State Bar No. 255080)
LAW OFFICES OF CHRISTOPHER G. HOOK
4264 Overland Avenue
2 | Culver City, California 90230
Phone: (310) 839-5179 ♦ E-mail: chris@cghlaw.com
3

4 | Attorney for Plaintiffs

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| I.R.P., INC., a corporation; and JUDITH D. JENKINS doing business as Trainor Bookkeeping Service,<br><br>Plaintiffs,<br><br>vs.<br><br>MIGUEL BECERRA, an individual; JOHN J. PIRRO, an individual; ANEDIA S. ARROYO, an individual; PIRRO PROCESSING, a business organization, form unknown; GO TRUCKING USA LLC, a limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. CIVDS1314974<br><br>**NOTICE OF RULING ON PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER** |

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

YOU ARE HEREBY NOTIFIED THAT on August 13, 2014, in the above entitled action, this Court entered an order denying Plaintiffs' Application for a Temporary Restraining Order. The Court ordered that the injunctive relief sought by Plaintiffs will be considered at a Preliminary Injunction Hearing set for October 8, 2014, at 8:30 a.m. in the same Court and department. Plaintiffs were ordered to give notice of the Court's ruling.

/ / /

/ / /

1
NOTICE OF RULING

EXHIBIT 48-1

1 | DATED: August 13, 2014     LAW OFFICES OF CHRISTOPHER G. HOOK

2

3                                       By: _____

4                                          CHRISTOPHER G. HOOK
Attorney for Plaintiffs I.R.P., INC., a corporation;
and JUDITH D. JENKINS doing business as

5                                          Trainor Bookkeeping Service

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF CHRISTOPHER G. HOOK
Attorney at Law
4264 OVERLAND AVENUE
CULVER CITY, CALIFORNIA 90230
TELEPHONE (310) 839-5179 ♦CHRIS@CGHLAW.COM

## PROOF OF SERVICE

1. I am over 18 years of age and not a party to this action. I am employed in the county where the mailing took place.

2. My business address is 4264 Overland Avenue, Culver City, California.

3. On August 12, 2014, I mailed from Culver City, California, the following documents:

**NOTICE OF RULING ON PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

4. I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed to the following recipients:

Paul Cliff, Esq.
Gabriel Henriquez, Esq.
Lobb & Cliff, LLP
1650 Spruce Street, Suite 410
Riverside, CA 92507
Tel. (951) 788-9410

Wendy M. Housman
Law Offices of Wendy Housman
45911 Corte Carmello
Temecula, CA 92592
Tel. (951) 303-3232

6. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: August 13, 2014

CHRISTOPHER G. HOOK