Paul Cliff [SBN 151059]
Greg Nylen [SBN 151129]
Gabriel Henriquez [SBN 289007]
LOBB & CLIFF, LLP
1650 Spruce Street, Suite 410
Riverside, CA 92507
Telephone: (951) 788-9410
Facsimile: (951) 788-0766

Attorneys for Defendants Miguel Becerra, John J. Pirro, Anedia S. Arroyo, Pirro Processing, Go Trucking USA LLC

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 13 2014

By _____ Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| I.R.P., INC., a corporation; and JUDITH D. JENKINS doing business as Trainor Bookkeeping Service,,<br><br>Plaintiffs,<br><br>vs.<br><br>MIGUEL BECERRA, an individual; JOHN J. PIRRO, an individual; ANEDIA S. ARROYO, an individual; PIRRO PROCESSING, a business organization, form unknown; GO TRUCKING USA LLC, a limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CIVDS1314974<br><br>[Assigned to Judge Pamela Preston King, Dept. S32]<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' APPLICATION TO CONSIDER OBJECTIONS TO THE ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO INSPECTION AND COPY DEMANDS |

The application by defendants, MIGUEL BECERRA, JOHN J. PIRRO, ANEDIA S. ARROYO, PIRRO PROCESSING, GO TRUCKING USA, LLC, and WESTERN SURETY COMPANY ("Defendants") for an order to consider Defendants' objections to Plaintiffs' proposed order granting its motion to compel further responses to its demand for inspection and copying, came on for a hearing in Department S32 of this Court on August 13, 2014. Greg Nylen and Gabriel Henriquez of the law firm Lobb & Cliff, LLP appeared on behalf of Defendants.

1 | Christopher G. Hook of the law Offices of Christopher G. Hook appeared on behalf of Plaintiffs,
2 | I.R.P., INC.
3 |     Having read the application, the memorandum of points and authorities, the declarations,
4 | and having heard argument of counsel, and good cause appearing,
5 |     **IT IS HEREBY ORDERED** that:
6 |     The order granting plaintiff's motion to compel further responses to demand for
7 | inspection and copying, entered by the Court on July 18, 2014, is **VACATED**;
8 |     **IT IS FURTHER ORDERED** that:
9 |     Plaintiff I.R.P., INC.'s motion is granted, that Defendants MIGUEL BECERRA, JOHN
10 | J. PIRRO, PIRRO PROCESSING and GO TRUCKING USA LLC shall prepare and serve
11 | further responses, and produce all responsive documents, not subject to the attorney-client
12 | privilege or the work-product doctrine, to Set Number One Demand for Inspection and Copying,
13 | Demand Nos. 2, 3, 4, 11, 13, 20, 24, 26, 29 and 43, propounded by plaintiff I.R.P., INC.,
14 | pursuant to the E-Discovery Protocol and Protective Order entered by this Court on May 16,
15 | 2014, to the extent they apply. Production will occur on August 14, 2014; to the extent that
16 | privileged documents are withheld, Defendants shall provide a privilege log by August 21, 2014.

Dated: August 3, 2014        BY: _____*Pamela P King*_____
                                        Honorable Pamela Preston-King
                                        Judge of the Superior Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 1650 Spruce Street, Suite 410, Riverside, California 92507.

On August 13, 2014, I served the foregoing documents **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO CONSIDER OBJECTIONS TO THE ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO INSPECTION AND COPY DEMANDS** by placing a true copy thereof enclosed in a sealed envelope and addressed as stated below:

Christopher G. Hook
Law offices of Christopher G. Hook
4264 Overland Avenue
Culver City, California 90230
*(Attorney for Plaintiffs)*

___ **(By Mail)** I declare that I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **(By Facsimile)** I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to *California Rules of Court*, Rule 2008, from facsimile machine number (951) 788-0766. The facsimile machine I used complied with *California Rules of Court*, Rule 2008, and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a transmission record of the transmission.

_X_ **(By Email or Electronic Service)** I served the above-described document on the interested parties in this action by sending a true copy thereof by email transmission as referenced above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___ **(By Personal Service)** I caused such envelope to be hand delivered to the offices(s) of the addressee(s).

_X_ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*Lisa Mathews*